UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Neuro Science Technologies, LLC, an Iowa Limited Liability Company<br><br>Plaintiff(s),<br>vs.<br><br>Lawrence A. Farwell<br><br>Defendant(s). | NO. 2:20-mc-00009 RSL<br><br>JUDGMENT ON ARBITRATION BY STIPULATION<br><br>Clerk's Action Required |

This matter having come on regularly for trial before the undersigned Judge

**STIPULATION**

Plaintiff Neuro Science Technologies, LLC, an Iowa Limited Liability Company, and Defendant Lawrence A. Farwell, stipulate and agree that the following Judgment Confirming Arbitration Award should be entered without further notice. Each party waives the right to object to the Arbitration Award and request that this Court confirm said Award and grant the further relief set forth herein.

Judgment by Stipulation - 1

RANDY M. BOYER. INC.
PROFESSIONAL SERVICE CORPORATION
ATTORNEY
7017 196TH ST. S.W.
LYNNWOOD, WASHINGTON 98036
(425) 712-3107 FACSIMILE (425) 778-2274

Dated: February 7, 2020

Neuro Science Technologies, LLC

By: _____    _____
Ronald Kirkendorfter, President      Lawrence A. Farwell

Judgment by Stipulation — - 2 -

RANDY M. BOYER, INC.
PROFESSIONAL SERVICE CORPORATION
ATTORNEY
7017 196TH ST. S.W.
LYNNWOOD, WASHINGTON 98036
(425) 712-3107 Facsimile (425) 778-2274

PRESENTED BY:

_____
Randy M. Boyer
WSBA No. 08665
Arbitrator

Judgment by Stipulation - 4

RANDY M. BOYER, INC.
PROFESSIONAL SERVICE CORPORATION
ATTORNEY
7017 196TH ST. S.W.
LYNNWOOD, WASHINGTON 98036
(425) 712-3107 FACSIMILE (425) 778-2274

# JUDGMENT

THIS MATTER having come on regularly for hearing upon the stipulation of the parties above contained, and the court being fully advised in the premises, Now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Plaintiff and Defendant submitted their patent and trademark dispute to binding arbitration pursuant to the written agreement for arbitration.

2. On January 23, 2020 an Arbitration Award was entered by Randy M. Boyer, Attorney and Arbitrator.

3. Plaintiff and Defendant have stipulated to immediate filing of the Arbitration Award and Confirmation by this Court of the Award. The parties have waived any right to appeal the Award.

4. Defendant Lawrence A. Farwell shall pay the Arbitrator for the arbitration fees and filings costs of this proceeding.

5. The Clerk of Court shall prepare Reports on the Filing of Determination of an Action Determination of an Action Regarding A Patent or Trademark substantially in the forms attached hereto as Exhibit A, and mail a copy to the Director of the U.S. Patent and Trademark Office.

Entered this 25th day of Feb., 2020.

_____
Robert S. Lasnik
United States District Judge

RANDY M. BOYER. INC.
PROFESSIONAL SERVICE CORPORATION
ATTORNEY
7017 196TH ST. S.W.
LYNNWOOD, WASHINGTON 98036
(425) 712-3107 FACSIMILE (425) 778-2274