UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NEURO SCIENCE TECHNOLOGIES, LLC,

    Plaintiff,

  v.

LAWRENCE A. FARWELL,

    Defendant.

Case No. MC20-0009RSL

ORDER

  On February 25, 2020, the Court entered a judgment by stipulation following arbitration between the parties in the above-captioned matter. Dkt. #2. Third-party Brainwave Science, Inc., has filed a motion to intervene arguing that the judgment was procured by fraud on the Court and should be vacated. Dkt. # 5. The motion is opposed. Dkt. # 8-10. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

  Dated this 20th day of October, 2020.

            *Robert S. Lasnik*
            Robert S. Lasnik
            United States District Judge

ORDER